UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATEBSORO DIVISION

| | |
|---|---|
| IN RE: ) | Case Nos.  CR624-009, USA v. Hall, et al |
| OF ABSENCE REQUEST ) | CR624-010, USA v. Harris, et al |
| ) | |
| TIMOTHY P. DEAN ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Timothy P. Dean** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** Timothy P. Dean be granted leave of absence for the following period: August 25, 2025 through August 29, 2025 and September 1, 2025 through September 3, 2025.

**SO ORDERED**, this 11th day of June, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA