IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

U.S DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

ROBERT HARRIS

\*
\*
\*
\*
\*
\*

CR 624-10-1

JUN 5 2026

FILED

## O R D E R

Before the Court is Defendant Robert Harris's Motion to Dismiss Indictment for Violation of the Speedy Trial Act. (Doc. 246.) In the motion, Defendant argues he has been denied his statutory right to a speedy trial under the Speedy Trial Act, 18 U.S.C. §§ 3161-3174 (the "Act"). (Id.) The Government has responded in opposition. (Doc. 251.) Defendant concedes that the time from his initial appearance on August 20, 2024, through November 19, 2025, the date on which the Court ruled on various motions, should be excluded from the Speedy Trial computation. (Id. at 7.)

The Speedy Trial Act requires that a defendant be brought to trial within seventy days of either the filing of his indictment or his first appearance before a judicial officer, whichever is later. United States v. Williams, 197 F.3d 1091, 1093 (11th Cir. 1991). The Act lists several periods of time that may be excluded from the seventy-day requirement. See 18 U.S.C. § 3161(h). Also, any period of time that is excludable as to one defendant is

excludable as to all co-defendants. (Id. at § 3161(h)(6) (excluding "[a] reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted").) Defendant Harris has not filed a motion for severance. The Court also finds that the period of delay is reasonable. As the parties concede, the period from August 20, 2024, through November 19, 2025, is excluded. The period from November 19, 2025, through the present has included plea negotiations and discovery discussions, while co-defendant Quinton Samples remained at large. Moreover, there is no evidence that Defendant Harris has suffered any actual prejudice due to the delay.

In this case, no time under the Act has elapsed against Defendant Harris because his co-defendant, Quinton Samples, has been a fugitive. See United States v. Tobin, 840 F.2d 867, 869-870 (11th Cir. 1998) (holding that under the Speedy Trial Act the period of excludable time based on a co-defendant's fugitive status was also excludable to the defendant). Accordingly, Defendant Robert Harris's motion is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of June, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA